UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **ROXANN WYATT,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | CAUSE NO. 3:15-cv-00346-JD-CAN |
| **SALVATION ARMY,** | ) ) ) | |
| **Defendant.** | ) | |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Defendant, The Salvation Army, is a non-governmental corporate party to this action. Its parent company is The Salvation Army (international). No publicly held company or investment fund holds a 10-percent or more ownership interest in Defendant's stock.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP


By: s/Toni M. Everton
    Edward E. Hollis (#19402-49)
    Toni M. Everton (#23916-49)
    300 North Meridian Street, Suite 2700
    Indianapolis, IN  46204
    Telephone:  (317) 237-0300
    Facsimile:   (317) 237-1000
    Email:       edward.hollis@faegrebd.com
                 toni.everton@faegrebd.com

*Attorneys for Defendant*

-2-

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 26, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Kent Hull
    Indiana Legal Services, Inc.
    401 E. Colfax Avenue, Suite 116
    South Bend, IN  46617
    Kent.hull@ilsi.net

        s/Toni M. Everton